Duration: 15 min

Proceeding via: ☐ Video Conference ☐ AT&T ☑ In Person

DOCKET No. 24m1724

DEFENDANT Joral Fabio

AUSA Benjamin Gianforti

DEF.'S COUNSEL Lisa Scolari
☐ RETAINED ☐ FEDERAL DEFENDERS ☑ CJA ☐ PRESENTMENT ONLY

☐ _____ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☑ Rule 5   ☐ Rule 9   ☐ Rule 5(c)(3)   ☐ Detention Hrg.

☐ Other: _____

DATE OF ARREST 5/7/2024
TIME OF ARREST 6:00 AM
TIME OF PRESENTMENT 3:22 PM

☐ VOL. SURR.
☐ ON WRIT

## BAIL DISPOSITION

☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE       ☐ DETENTION: RISK OF FLIGHT/DANGER    ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☑ $ 50,000 PRB   ☑ 1 FRP
☐ SECURED BY $ _____ CASH/PROPERTY: _____
☑ TRAVEL RESTRICTED TO SDNY/EDNY/
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☑ PRETRIAL SUPERVISION:   ☐ REGULAR   ☐ STRICT   ☑ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS   ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT
☐ HOME INCARCERATION   ☐ HOME DETENTION   ☐ CURFEW   ☐ STAND ALONE MONITORING
☐ LOCATION MONITORING TECHNOLOGY AS DIRECTED BY PTS   ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT [OR]   ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☑ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY: 5/14/24

ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:

No contact with co-defendant, co-conspirators or witnesses except in the presence of counsel
Defendant may travel to CT in near future for one day as agreed by Pretrial Services

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY                    ☐ CONFERENCE BEFORE D.J. ON _____
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED                              ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED                   ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: 6/6/24    ☑ ON DEFENDANT'S CONSENT

DATE: 5/7/2024

_[signature]_
UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (original) – COURT FILE    PINK – U.S. ATTORNEY'S OFFICE    YELLOW – U.S. MARSHAL    GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016

SDNY
CJA-23
(Rev 3/21)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES ☐ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify Below)

IN THE CASE OF _____ V. _____

FOR _____
AT _____

LOCATION NUMBER _____

PERSON REPRESENTED (Show your full name): **JAROL FABIO**

CHARGE/OFFENSE (Describe if applicable & check box →) ☑ Felony  ☐ Misdemeanor

1 ☑ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify) _____

DOCKET NUMBERS
Magistrate Judge: **24 MAG 1724**
District Court:
Court of Appeals:

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### INCOME & ASSETS

**EMPLOYMENT**
Do you have a job? ☑ Yes ☐ No
IF YES, how much do you earn per month? $ **8000.00** net
Will you still have a job after this arrest? ☐ Yes ☐ No ☑ Unknown

**PROPERTY**
Do you own any of the following, and if so, what is it worth?

| | APPROXIMATE VALUE | DESCRIPTION & AMOUNT OWED |
|---|---|---|
| Home | $ | |
| Car/Truck/Vehicle | $ 6,000.00 | 2011 Infinity |
| Boat | $ 1200.00 | investment account |
| Stocks/bonds | $ 5000.00 | Roth IRA |
| Other property | $ 70,000.00 | 401K |

**CASH & BANK ACCOUNTS**
Do you have any cash, or money in savings or checking accounts? ☑ Yes ☐ No
IF YES, give the total approximate amount after monthly expenses $ **1000.00**

### OBLIGATIONS, EXPENSES, & DEBTS

How many people do you financially support? **self**

| BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|
| Housing | $ 996.00 | $ |
| Groceries | $ 300.00 | $ |
| Medical expenses | $ | $ 2,000.00 |
| Utilities - elect + internet | $ 125.00 | $ |
| Credit Cards | $ 400.00 | $ 2500.00 |
| Car/Truck/Vehicle | $ 425 parking garage / insurance 125 | $ |
| Childcare | | $ |
| Child Support | $ | $ |
| Insurance | $ | $ |
| Loans - student / cell phone | $ 150.00 | $ 13,000.00 |
| ~~Fines~~ | | |
| Other medical judgment | | $ 34.00 |

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT (OR PERSON SEEKING REPRESENTATION): /s/ Jarol Fabio
Date: 5/7/24

FD/CJA/RET. ATTORNEY (PRINT): **LISA SCOLARI**

ASSISTANT UNITED STATES ATTORNEY (PRINT): **Benjamin Gianforti**

☑ APPROVED  ☐ DENIED

SIGNATURE OF JUDICIAL OFFICER: /s/
DATE: 5/7/24