**ⅼⱯNIϘIЯO**

SDNY (Rev. 12/21)
AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 24 MAG 1724 |
| Jarol Fabio | ) | |
| *Defendant* | ) | |

## APPEARANCE BOND

DOC # 6

### Defendant's Agreement

I, _____ Jarol Fabio _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )     to appear for court proceedings;

( X )     if convicted, to surrender to serve a sentence that the court may impose; or

( X )     to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( X ) (1) This is a personal recognizance bond.

( X ) (2) This is an unsecured bond of   $ 50,000.00  .   ( X )   Cosigned by __1__ FRP.

(   ) (3) This is a secured bond of _____, secured by:

     (   ) (a)    _____ , in cash deposited with the court.

     (   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

     If this bond is secured by real property, documents to protect the secured interest may be filed of record.

     (   ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

     (   ) (d) Cosigned by _____ FRP.

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

24 MAG 1724

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;

    (2)    the property is not subject to claims, except as described above; and

    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date:   05/07/2024

*Defendant's Signature* Jarol Fabio

*Interpreter's Initials*

Surety/property owner - printed name

Surety/property owner - signature and date

*Deputy Clerk's Initials*

*Interpreter's Initials*

Surety/property owner - printed name

Surety/property owner - signature and date

*Deputy Clerk's Initials*

*Interpreter's Initials*

Surety/property owner - printed name

Surety/property owner - signature and date

*Deputy Clerk's Initials*

*Interpreter's Initials*

CLERK OF COURT

Date:   05/07/2024

*Signature of Deputy Clerk*

Approved.

Date:   05/07/2024

*AUSA's Signature* Benjamin Gianforti

AO 98 (Rev. 12/11) Appearance Bond

24 MAG 1724

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;

    (2)    the property is not subject to claims, except as described above; and

    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date:   05/07/2024

                                      _Defendant's Signature_ Jarol Fabio

Rosabelis Fabio

*Surety/property owner – printed name*              *Surety/property owner – signature and date*

*Surety/property owner – printed name*              *Surety/property owner – signature and date*

*Surety/property owner – printed name*              *Surety/property owner – signature and date*

*CLERK OF COURT*

Date:   05/07/2024

                                        *Signature of Deputy Clerk*

Approved.

Date:   05/07/2024

                                 *AUSA's Signature* Benjamin Gianforti

AO 199A (Rev. 06/19)  Order Setting Conditions of Release

# UNITED STATES DISTRICT COURT
## for the
Southern District of New York

United States of America
         v.

### Jarol Fabio

_____
*Defendant*

)
)
)
)
)

Case No.   24 MAG 1724

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)    The defendant must not violate federal, state, or local law while on release.

(2)    The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)    The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)    The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
                                                *Place*

on _____
                                        *Date and Time*

If blank, defendant will be notified of next appearance.

(5)    The defendant must sign an Appearance Bond, if ordered.

AO 199C  (Rev. 09/08)  Advice of Penalties

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:  Jarol Fabio                                    Case No.  24 MAG 1724

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

Date:  05/07/2024

_____
Defendant's Signature  Jarol Fabio

☐ **DEFENDANT RELEASED**

_____
City and State

### Directions to the United States Marshal

(  )  The defendant is ORDERED released after processing.

(  )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:  5/7/2024

_____
Judicial Officer's Signature

_____
AUSA's Signature  Benjamin Gianforti

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

AO 199C  (Rev. 09/08)  Advice of Penalties



**Southern District of New York**

The Bronx
Manhattan
Westchester
Rockland
Dutchess
Orange
Putnam
Sullivan

**Eastern District of New York**

Brooklyn (Kings County)
Queens (Queens County)
Staten Island (Richmond County)
Long Island (Nassau & Suffolk)

Duration: 19 min

Proceeding via: ☐ Video Conference ☐ AT&T ☑ In Person

DOCKET No. 24m1724                          DEFENDANT Joral Fabio

AUSA Benjamin Gianforti                     DEF.'S COUNSEL Lisa Scolari
                                            ☐ RETAINED ☐ FEDERAL DEFENDERS ☑ CJA ☐ PRESENTMENT ONLY
☐_____ INTERPRETER NEEDED
                                            ☐ DEFENDANT WAIVES PRETRIAL REPORT

☑ Rule 5  ☐ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.    DATE OF ARREST 5/7/2024          ☐ VOL. SURR.
                                                         TIME OF ARREST 6:00 AM           ☐ ON WRIT
☐ Other: _____                                 TIME OF PRESENTMENT 3:22 PM

## BAIL DISPOSITION

                                                                              ☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE        ☐ DETENTION: RISK OF FLIGHT/DANGER  ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☑ $50,000_____ PRB  ☑ 1____ FRP
☐ SECURED BY $_____ CASH/PROPERTY: _____
☑ TRAVEL RESTRICTED TO SDNY/EDNY/
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☑ PRETRIAL SUPERVISION:  ☐ REGULAR  ☐ STRICT  ☑ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS  ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT
☐ HOME INCARCERATION  ☐ HOME DETENTION  ☐ CURFEW  ☐ STAND ALONE MONITORING
☐ LOCATION MONITORING TECHNOLOGY AS DIRECTED BY PTS  ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☑ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____; REMAINING CONDITIONS TO BE MET BY: 5/14/24

## ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:

No contact with co-defendant, co-conspirators or witnesses except in the presence of counsel
Defendant may travel to CT in near future for one day as agreed by Pretrial Services

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY         ☐ CONFERENCE BEFORE D.J. ON _____
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED                   ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED        ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: 6/6/24            ☑ ON DEFENDANT'S CONSENT

DATE: 5/7/2024                              _____
                                           UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.