LISA SCOLARI  
Attorney at Law  
20 VESEY STREET, SUITE 400  
NEW YORK, NEW YORK 10007  
scolarilaw@gmail.com  
(212) 227-8899

August 13, 2024

Hon. Arun Subramanian  
United States District Court  
500 Pearl St.  
New York, N.Y. 10007  
*via ECF*

Re: United States v. Jarol Fabio,  
24 Mag 1724 (AS)

Your Honor:

     I write to request Court approval of an extension of Mr. Fabio's travel restrictions to include the district of New Jersey. He has been released on a fifty thousand dollar bond, secured by one co-signer, has surrendered his passport, and is reporting to a pre-trial officer. Currently his travel is restricted to the Southern and Eastern Districts of New York.

     The government by Benjamin Gianforti, Esq., consents to this request.

                                            Respectfully,

                                            *Lisa Scolari*  
                                            Lisa Scolari

SO ORDERED:

_____  
HON. ARUN SUBRAMANIAN