LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

August 13, 2024

Hon. Arun Subramanian
United States District Court
500 Pearl St.
New York, N.Y. 10007
*via ECF*

                    Re: United States v. Jarol Fabio,
                           24 Mag 1724 (AS)

Your Honor:

      I write to request Court approval of an extension of Mr. Fabio's travel restrictions to include the district of New Jersey. He has been released on a fifty thousand dollar bond, secured by one co-signer, has surrendered his passport, and is reporting to a pre-trial officer. Currently his travel is restricted to the Southern and Eastern Districts of New York.

      The government by Benjamin Gianforti, Esq., consents to this request.

                                                      Respectfully,

                                                      *Lisa Scolari*

SO ORDERED. The Clerk of Court   Lisa Scolari
is directed to terminate the motion
at Dkt. 24.

_____
HON. ARUN SUBRAMANIAN

Date: August 15, 2024