UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>JAROL FABIO,<br>                    Defendant. | 24-cr-481 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Pretrial Services informed the Court on October 3, 2024 that defendant violated his bail conditions during a presentence investigation and recommended that defendant's bail conditions be modified to include drug testing and treatment. On October 9, 2024, defense counsel made a sealed submission arguing that two random drug tests are an appropriate modification.

      Considering the parties' submissions, the Court finds that defendant's bail should be **modified to include two random drug tests**.

      SO ORDERED.

Dated: October 10, 2024
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge