LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

November 5, 2024

Hon. Arun Subramanian
United States District Court
500 Pearl St.
New York, N.Y. 10007
*via ECF*

                    Re: United States v. Jarol Fabio,
                        24 Cr. 481 (AS)

Your Honor:

     I write to request an adjournment of Jarol Fabio's sentencing which is currently scheduled for November 15, 2024. The parties have yet to receive the final pre-sentence report and will need time thereafter to review it and prepare a sentencing memorandum.
     In light of counsel's schedule and the upcoming holidays, I request a sentence date in mid-January, 2025. The government, by Benjamin Gianforti, Esq., consents to this application.

                                        Respectfully,

                                        *Lisa Scolari*
                                        Lisa Scolari

SO ORDERED:

_____
HON. ARUN SUBRAMANIAN