UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        -against-<br><br>JAROL FABIO,<br>                    Defendant. | 24-CR-481 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

   Defense counsel requests a further adjournment of the sentencing hearing, to which the Government does not object. The sentencing hearing currently scheduled for January 9, 2025 at 4:00 PM will now be held on **January 22, 2025 at 3:00 PM**.

   SO ORDERED.

Dated: November 5, 2024
       New York, New York

                                        _____
                                            ARUN SUBRAMANIAN
                                          United States District Judge