**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

January 7, 2024

Hon. Arun Subramanian
United States District Court
500 Pearl St.
New York, N.Y. 10007
*via ECF*

Re: United States v. Jarol Fabio,
24 Cr. 481 (AS)

Your Honor:

    I write to request an adjournment of Jarol Fabio's sentencing, which is currently scheduled for January 22, 2025, to a date in mid to late February, 2025. The additional time is requested to enable the defense to finish obtaining character letters and prepare a sentencing memorandum.

    The government, by Benjamin Gianforti, Esq., consents to this application.

                                                Respectfully,

                                               *Lisa Scolari*
                                               Lisa Scolari

SO ORDERED:

_____
HON. ARUN SUBRAMANIAN