UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>JAROL FABIO,<br>　　　　　　　Defendant. | 24-cr-481 (AS)<br><br>SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

　　　IT IS HEREBY ORDERED that the sentencing scheduled for February 20, 2025 will now take place on **Friday, February 21, 2025**, at **10:00 AM**.

　　　SO ORDERED.

Dated: January 30, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ARUN SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　　　United States District Judge