Diego F. Muñoz, LMHC, NCC
Psychotherapy
285 Lexington Avenue
Suite 2A
New York, NY 10016
(646) 660-4188   dmunozlmhc@gmail.com

Tax ID#: 83-0580890    NPI#: 1689124570    License#: NY008563

November 4, 2024

To:
Hon. Arun Subramanian
U.S. District Court
500 Pearl Street
New York, NY 10007

Dear Judge Subramanian:

My name is Diego F. Muñoz, and I am a Licensed Mental Health Counselor in the state of New York and a National Certified Counselor. This letter is to attest my psychotherapy work with Mr. Jarol Fabio (DOB: 12/05/1988). I began treatment with Mr. Fabio on 10/23/2019 and terminated on 02/03/2023.

We began intense long-term psychodynamic psychotherapy around the time stipulated above after he reported having had a severe and debilitating seizure/panic attack. I formally diagnosed Mr. Fabio with Generalized Anxiety Disorder (DSM-5 300.02; ICD-10 F41.1). After about six months, Mr. Fabio and I co-determined to increase the frequency of treatment from once weekly to thrice weekly. I assessed the clinical necessity for this increase because of Mr. Fabio's difficulty in managing his day-to-day stress and anxiety which included disturbances in sleep, lack of eating, and severe social isolation. This frequency was consistent for the remainder of Mr. Fabio's treatment. Furthermore, I am an out-of-network provider and so Mr. Fabio submitted payment out-of-pocket every week after his appointments with me.

Mr. Fabio ultimately terminated treatment because of financial insecurity and inability to maintain payments.

Please be aware that although I have not seen or worked with Mr. Fabio since 02/03/2023, I believe him to be a sensitive and caring man. We often spoke of his family and his desire to support his mother and siblings. Overcoming working class struggles as well as housing and food insecurities was a point of familial pride and one that offered long-standing bonds to Mr. Fabio and his immediate family. This has been such a compelling aspect of Mr. Fabio's narrative that he was able to publish a short story of his life in a small independent literary magazine for Dominican writers.

I have been made aware that Mr. Fabio faces a sentence in a detention camp. Although Mr. Fabio has not been in my clinical care for almost two years, I am deeply concerned for his mental and emotional wellbeing while in detention. Mr. Fabio's life has been a quiet and reflective one and the restrictions that he faces would ultimately deteriorate his already anxiety-laden mind and trigger possible somatic conditions, which would then lead to longer and more intense psychotherapy treatments. This would also bring devastating consequences, both financial and emotional, to the extended family he has supported for a number of years.

Ultimately, in my clinical work with Mr. Fabio, I have come to respect and care for a man who has wanted to live a quiet and comfortable life – one that was not easily accessible to previous generations of his immigrant family. Toward the end of my clinical treatment of Mr. Fabio it was

1

Diego F. Muñoz, LMHC, NCC
Psychotherapy
285 Lexington Avenue
Suite 2A
New York, NY 10016
(646) 660-4188   dmunozlmhc@gmail.com

evident that he was close to manifesting profound potential, including applying to graduate education at FIT and wanting to further pursue short story and essay writing. These potentials were painfully and tearfully arrived at with a deep desire for new chapters in his life. I believe that this respectful and courteous man still has a chance to actualize these facets of his life.

With respect,

Diego F. Muñoz, LMHC, NCC
Psychotherapist & Psychoanalyst
Dean of Students
Psychoanalytic Psychotherapy Study Center

**LANA GAITON PSYCHOLOGICAL SERVICES, PC**
Counseling and Psychotherapy

225 Broadway, Suite 3400             2502 86th Street, 3rd Flr
New York, NY 10007                   Brooklyn, NY 11214

(347) 391-4250

--January 5, 2025--

Hon. Arun Subramanian
U.S. District Court
500 Pearl Street
New York, NY 10007

Dear Judge Subramanian:

My name is James McAllister, I am a Licensed Master of Social Work, licensed to practice psychotherapy in New York State. I began treating Jarol Fabio in January of 2023 and am currently treating him today. For the majority of our time working together we met once per week to address symptoms of anxious feelings, anxious thoughts, depressive feelings, panic attacks, and PTSD.

Throughout our work together we have focused largely on Jarol's significant trauma from growing up enduring intense physical and emotional abuse, neglect, and poverty. I have seen how this trauma from a very difficult, abusive, and impoverished upbringing has resulted in PTSD, Obsessive-Compulsive Issues, and a pronounced sense of feeling unsafe in nearly any location or situation.

I have also seen a marked increase in Jarol's sense of shame, regret, and general anxiety since his arrest. I have increased the frequency of sessions to twice a week to address a significant increase in stress, mental anguish, and even suicidal ideation that has resulted since Jarol's arrest. He and I have been doing considerable work at the challenging task of managing the emotional weight and stress of this time. I am very concerned with the decline I have witnessed in his mental health since his arrest; I am even more worried about the effects living in a penal environment with limited freedom, strip searches, room searches, and various other inherent humiliations will affect his already acute state of mental anguish.

In the two years I have worked with Jarol I have observed him to be one of the most kind and compassionate clients I have worked with in my practice. He has frequently shared his regret in session over the poor choices that he made that resulted in his arrest. I am very confident, having observed his resulting regret and mental anguish, that Jarol will never repeat this error. I ask that you consider allowing him to serve probation only, without any incarceration. I feel it would be harmful to Jarol's mental health and not needed to facilitate Jarol's complete rehabilitation.

Thank you for your time.

Sincerely,

James McAllister, LMSW
NYS License # 111706