**Xavier Nogier**
535 W 43rd St
New York, NY, 10036
January 13th, 2025

**Hon. Arun Subramanian**
United States District Court
500 Pearl Street
New York, N.Y. 10007

Your Honor,

I first met Jarol in 2010 in Paris. At the time, he was studying French, and I was completing my master's degree at the Sorbonne. Despite the language barrier (my English was broken, and his French was as well) we somehow found a way to communicate. That was the beginning of our friendship, which has lasted for more than a decade.

Over the past ten years, Jarol and I have developed a strong bond. In all that time, we have only had one argument, and even that was over something minor: he had to rain-check on plans because his ex-boyfriend didn't want him to go out. This small disagreement didn't affect the deep connection we share, and it highlights Jarol's loyalty to the people he cares about, even when it might be difficult for him.

His friendship has been pivotal during some of the most challenging moments of my life. While trying to succeed in a new career, I faced many difficulties, but Jarol's constant encouragement and uplifting presence helped me stay focused and not give up. Moreover, during a period when I was in a toxic relationship, Jarol was there for me, offering his support and helping me keep my sanity. His ability to listen and provide unwavering support during those times was invaluable.

Jarol has always been kind, calm, and composed. He approaches situations with thoughtfulness and is naturally someone who listens more than he speaks. His steady demeanor and willingness to offer help to those around him have always been qualities I deeply admire.

When Jarol explained to me what happened, I could sense a deep feeling of shame. It was clear to me that he understood the gravity of what he had done and that he regrets it deeply.

I also see that he has already paid a high price for his mistakes. He has lost his job, experienced the end of a significant relationship, spent months isolated at home, and had to rely on his 401(k) savings to cover his living expenses. On top of that, his past continues to follow him. He shared with me how difficult it is to find a job now because any potential employer who searches his name online is immediately exposed to information about his actions. This unfairly shapes their view of him and makes it almost impossible for him to rebuild his professional life, despite his qualifications and willingness to start over. These consequences seem to far

outweigh any potential benefit he might have gained from his actions—if there was any benefit at all.

I remember when Jarol was working in advertising, he would often talk about his dreams of traveling the world and experiencing different cultures. This led him to pursue a job as a flight attendant, which made him incredibly happy. Even now, after facing so much stress and uncertainty, he is still determined to create his own business. His resilience and commitment to moving forward, even in difficult circumstances, reflect his ability to adapt and grow.

I believe that Jarol's deep remorse, the significant consequences he has already faced, and the thoughtful, kind, and determined person I have known him to be over the years demonstrate his capacity for growth and change. While I understand the seriousness of his actions, I also believe that he deserves a second chance to rebuild his life and contribute positively to those around him. I sincerely hope that my words and the experiences I have shared can be taken into account when considering leniency in his case.

Thank you for your time and consideration.

Respectfully,

*Xavier Nogier*



STRIVE
TOTAL WELLNESS

44 E 32nd Street, 8th Fl

New York, NY 10016

P: (212) 596 - 4360  F: (212) 966 -2378

Hon. Arun Subramanian
United States District Court
500 Pearl Street
New York, N.Y. 10007

Your Honor:

I am writing this character letter on behalf of Jarol Fabio, whom I have known for four years in my
capacity as his chiropractor. I understand that he is currently facing legal challenges, and I would like to
offer my perspective on his character and the positive impact he has had on those around him.

In the time I have known Jarol Fabio, I have found him to be kind, hardworking, responsible, and
compassionate. I remember the often punctual patient was about 10 minutes late to his appointment.
When he came in he told me the story of a homeless man sitting outside of our office. Instead of
walking past like so many others, he stopped to talk to him and bought him a coffee.

I am aware of the charges he is facing, and while I do not condone his actions, I believe this behavior is
out of character for him. He has expressed deep remorse for his actions and has taken steps to ensure
that he learns from this experience. He has made efforts to improve, such as attending therapy to deal
with past traumas.

I firmly believe that Jarol Fabio is a valuable member of our community and that he has the potential to
continue making positive contributions if given the opportunity. Incarceration would not only disrupt his
life but also the lives of those who depend on him, such as siblings, mother and friends. I respectfully ask
that you consider this letter as a testament to Jarol Fabio's character and the potential for him to grow
and learn from this experience. I am confident that he will use this opportunity to become an even more
responsible and productive member of society.

If you have any further questions, please do not hesitate to reach out to me at the above number, Mon-
Fri, 10am - 8pm.

Healthy Regards,

Dr. Gunawardena

Dr. Aruni Tiffany Gunawardena

Hon. Arun Subramanian
United States District Court
500 Pearl Street
New York, N.Y. 10007

**Your Honor,**

I am writing this letter to provide a character reference for Jarol Fabio, whom I have had the privilege of knowing for the past ten years. Initially, I met Jarol at work, and this blossomed into a friendship where we've shared laughs, tears, and deep, meaningful conversations. During the time I've known Jarol, I have come to know him as a kind, compassionate, and overall good person who, despite recent circumstances, has consistently demonstrated integrity, generosity, and a deep sense of care for others. When I came out as Trans, Jarol supported me and encouraged me. He's someone who's made me feel safe and seen. He takes time to get to know people for their heart and encourages them.

While I do not condone the actions that have led to this situation, I firmly believe that this incident does not define Jarol's true character. Everyone makes mistakes, and I am truly confident that he deeply regrets his actions and is committed to making amends. In the years I have known Jarol, I have seen many examples of his kindness, such as being a supportive friend when I was going through such a particularly difficult time in my life.

Jarol is someone who has always valued personal growth and accountability, and I have no doubt that he will use this experience as an opportunity to learn and become a better person. I respectfully ask for leniency in his sentencing, as I truly believe that he has the potential to contribute positively to society if given the opportunity to move forward with rehabilitation and growth.

Thank you for taking the time to consider my perspective. Please do not hesitate to contact me if you require any further information.

Sincerely,

**Storm Hill**

Hon. Arun Subramanian
United States District Court
500 Pearl Street
New York, N.Y. 10007

Your Honor:

I am writing this letter on behalf of my dear friend, Jarol Fabio, in support of his character and to respectfully request leniency in his case. I have known Jarol for almost 10 years and, during this time, I have come to know him as a man of deep integrity, compassion, and a strong commitment to his family and spirituality. He is, without a doubt, one of the most caring and selfless people I have ever had the privilege to become friends with. We began our career with Delta Air Lines together and he was a leader as well as a friend to everyone in our training class.

Jarol's family is the cornerstone of his life. I have seen firsthand the lengths to which he will go to provide for and protect his loved ones. Whether it is offering a helping hand during tough times or making sacrifices to ensure his family is cared for, Jarol's devotion to them is unwavering. I have also witnessed his role as a mentor and source of guidance for friends and colleagues, always offering wisdom and support when needed. His loyalty and love for those close to him are evident in everything he does.

Unfortunately, like all of us, Jarol has faced moments of great struggle, and one such moment has led to the current situation. I do not believe that the actions Jarol took were a reflection of his true character, but rather a lapse in judgment born out of extreme circumstances, a desire to survive, and the pressure of the situation he found himself in. I know this does not excuse his behavior, but I can say with certainty that it was not driven by malice or ill intent.

It is my sincere hope that the court will consider the totality of Jarol's life and the person he truly is—someone who has dedicated himself to being a good man, a loving family member, and a positive influence on those around him. There is so much more life for Jarol to live, and so much potential for him to make amends, grow from this experience, and become an even better version of himself. I truly believe that with the right guidance and the opportunity to rebuild his life, he will continue to be a force for good, not only in his family but in his community as well.

With this in mind, I respectfully ask for leniency in your judgment and that Jarol's life not be completely derailed by this one lapse in judgment. He is deserving of the chance to correct his mistakes and contribute meaningfully to society.

Thank you for taking the time to consider this letter. I am confident that Jarol will prove to you that he is capable of making things right and continuing to be the loving, responsible man that so many of us know him to be.

Sincerely,

Sylvia Anderson- Friend

Sylvia Anderson

Hon. Arun Subramanian
United States District
Court
500 Pearl Street
New York, N.Y. 10007


**Your Honor:**

I Joanna Bulmer am writing this letter on behalf of my dearest friend Jarol Fabio. I met Jarol back in 2014 when he and I were selected during our interview process for Delta. It was my second time applying and I was very emotional at the time I was chosen. When Jarol saw me crying he put his arms out to comfort me and I leaned in for his embrace. We had never spoken or seen each other throughout that entire interview process until that moment and I will always cherish and carry that in my heart forever. It spoke to the person he is... thoughtful, caring, compassionate, and will show up for you in any capacity you need him to be. We became friends after that moment and shared so many memories together. When I found out about the sitaution Jarol is facing, I was heartbroken because I just didn't want to believe it. The type of person he is I just didn't want to believe that he had gotten himself into some sort of trouble with the law. When I finally was able to speak to him we cried together the entire time. He felt ashamed and just continuously beat himself up about the choices he's made. I'm not asking for the court to turn a blind eye to Jarols's actions but what I am asking for is grace. Jarol is not a bad person nor is he a threat to society.. He made some bad choices and held himself accountable for it. I hope when everything is all said and done that this entire situation will make him a better person than he already is.

Best regards,

January 14th 2024

Hon. Arun Subramanian
United States District Court
500 Pearl Street
New York, NY 10007

Your Honor:

My name is Dr. Marleny Acosta, and I am writing this character reference on behalf of Jarol Fabio, whom I have known since high school. Although I have not been in regular contact with Jarol in recent years, I have had the opportunity to reconnect with him, and I feel confident in speaking to his character based on our shared history and my personal interactions with him.

I have known Jarol for about 20 years, and during our time in high school, we developed a close friendship. He was someone I could always rely on, and I witnessed firsthand his kindness, humor, and genuine care for others. Jarol is a man of his word, someone who shows loyalty and respect in his relationships, and he has always been someone I could trust.

More recently, I sat down with Jarol, and he opened up about his childhood and the struggles he faced growing up. As an immigrant myself, I could relate to many aspects of his story. Jarol shared the difficulties of navigating life in the U.S. as a person of color, as well as the challenges of coping with family trauma and adversity. These experiences have certainly shaped who he is today.

It is important to recognize that, as humans, we all make mistakes, and Jarol's actions must be viewed within the context of the struggles he has faced. I believe that he is deeply remorseful for the decisions that led to his current situation and is committed to learning from his mistakes. In my opinion, Jarol is a person of good character who has the potential to make positive changes in his life.

Thank you for considering this letter as part of your deliberations. I hope you will take into account the positive qualities that I have witnessed in Jarol and the difficult circumstances he has faced. I have every confidence that he is capable of turning this chapter into an opportunity for personal growth.

Sincerely,

Marleny Acosta, MD



From The Desk of Mildred Morillo Esq.

MMorilloLaw@gmail.com
(347)474-8426

January 13, 2025

To:     Hon. Arun Subramanian
        United States District Court
        500 Pearl Street
        New York, N.Y. 10007


Dear Honorable Justice Arun Subramanian,

My name is Mildred Morillo. I write this letter in support of Jarol Fabio ahead of his sentencing and respectfully request your honor to consider a non-incarceratory sentence.

I met Jarol in 2009 through mutual friends while I was in college. Though we attended different schools, Jarol and I engaged in thought provoking discussions surrounding social justice, the criminal justice system, relationships, and relatable family dysfunction dynamics. He is one my closest friends. After years of friendship, we eventually became roommates, sharing chores, bills, and laughs for about a year before we moved out. In that year as roommates, I had the opportunity to observe Jarol at different peaks and valleys of his life, that only strengthened our friendship.

For the past sixteen years I have known Jarol to be one of the kindest, most empathetic people. He has proven to consistently lend an ear, a helping hand, or a box of tissues when coming to him with an issue. This is best demonstrated when he supported me through a difficult conflict with an old employer. Jarol provided sound advice, emotional support, and critical thinking at a time I could not see clearly. He helped me defend myself against the injustice. I am grateful to have him in my life.

I ask your honor to consider a non-incarceratory sentence. Any sentence to a term of imprisonment will derail Jarol's life, destroy his family, and disrupt his community. A felony conviction alone carries significant collateral consequences that are often overlooked by the criminal justice system. A term of imprisonment in this case would be more punitive than intended. Jarol deserves your leniency, he deserves your compassion, he deserves a fair and just sentence.

Thank you for your consideration.


Warm regards,

*M. Morillo*

Mildred Morillo, Esq.

Hon. Arun Subramanian                                    19 January, 2025
United States District Court
500 Pearl Street
New York, N.Y. 10007

Your Honor:

Jarol is one of my closest and oldest friends. We first met in highschool when we were 14 years old but we became close around age 20, sharing a common group of friends that also went to highschool with us.

Jarol has always been a very responsible, intelligent and positive person, which is why I was so shocked that he broke the law. At a young age, Jarol already had a good job and his own apartment in a great building and in a nice neighborhood. He has often inspired me to work hard and pursue my dreams but also to enjoy life! I remember Jarol's celebratory dinner when he first finished his training at Delta Airlines. This was a dream job for him and we were all inspired by his motivation and persistence. Jarol loves to learn about other cultures and, in addition to speaking his native Spanish and English, he also speaks French. I share these passions with Jarol and we continue our friendship even though I moved to Germany in 2020.

What I love most about Jarol is his openness and his humor. I can talk to him about anything, even more difficult subjects like politics or racism. I can't talk about these things in depth with my other friends so that's something I really cherish about our friendship. We share a lot of similar interests such as reading history and fantasy and writing about our experiences. Jarol can also ALWAYS make me laugh. His humor is quick and on the dry/sarcastic side. It always hits at the right moment.

When it comes to his friends, Jarol always lets us know that he loves us and cares about us. He does this not only through regular phone calls and get-togethers but also by instilling confidence in us. For example, when I first got my driver's license, I was

nervous to drive. Jarol, the only one of us with a car at the time, encouraged me to get behind the wheel whenever he picked me up in his car. I became a more confident driver and better at parking because of his confidence in me. He is honestly such a positive person, which again brings me back to how shocked I was to learn of his involvement in this case.

I know Jarol has to face the consequences of his actions. Of course, it makes me sad to think of him in prison but I know he will make it through whatever the outcome will be. My only request, your honor, is that you not judge Jarol too harshly. He is a good person that made a stupid mistake but he would never hurt anyone. Aside from this transgression, he has been a model US citizen, as well as an amazing friend, brother, and son. I truly believe Jarol is on his way to being that stand-up citizen again and the friend all of us in our group look up to.

Thank you for taking the time to read this letter.

Sincerely,

Miko Jeffries

Airam Marcano
airammarcano@gmail.com
February 4, 2025

Dear Judge Subramanian,

I am writing this letter to express my thoughts and experiences regarding Jarol, whom I have known since 2002 when we were just 13 years old. Our friendship began when we met in high school, and we have shared countless memories and life experiences over the last 22 years.

Throughout the time I have known Jarol, I have come to see him as a genuinely caring and thoughtful individual. One specific life event that stands out to me occurred during our early adulthood years when I was grappling with personal challenges. Recognizing my struggles, Jarol took it upon himself to be a steadfast source of support and comfort. Every Friday evening after work, he would invite me into his home, where he would cook and provide the emotional support that I sorely needed at the time. His actions during that period were a profound testament to his compassion and kindness, qualities that I continue to admire and cherish to this day.

My opinion of Jarol as a man is based on these types of actions that reflect his character. He has always been someone who strives to do the right thing and cares deeply about those around him. While I understand the seriousness of his current situation, I hope that these insights into his character can be considered.

I sincerely ask for leniency in Jarol's case. I believe that everyone has the capacity for growth and change, and I am confident that Jarol is no exception. Thank you for considering this letter as part of your deliberations.

Sincerely,

Airam Marcano

Hon. Arun Subramanian
United States District Court
500 Pearl Street
New York, N.Y. 10007


Your Honor:

My name is Christina Vega, and I am writing to share my thoughts about my close friend, Jarol Fabio as you consider his sentencing. I've known Jarol since high school, and over the years, he's become more like family to me. We were roommates during some of the most important years of our lives, figuring out adulthood together, and we've supported each other through every stage of life since.

Jarol has been a constant source of support in my life. Whether it was family struggles, heartbreak, or just needing someone to listen, he has always been there for me. He's also been by my side to celebrate the good times, always lifting me up and sharing in my accomplishments. That's who Jarol is, someone who shows up for the people he cares about, no matter what.

Even though I now live in Florida and can't physically be there with him during this difficult time, I want him to know and for you to know, that I am still by his side. While this situation is serious, it doesn't define who Jarol is. He is kind, dependable, and caring, and I know he will come out of this as a stronger person. I love Jarol very much, and I only want the best for him in the future. Respectfully, I hope you will consider leniency as you decide his sentence. He has so much more to give to his family, friends, and community, and I know he will use this experience to grow and make positive changes in his life. Thank you for taking the time to read my letter.


Respectfully,
Christina Vega
*Christina Vega*

Hon. Arun Subramanian

United States District Court

500 Pearl Street

New York, N.Y. 10007

Your Honor:

I hope this letter finds you well. My name is Ariel Abreu and I've known Jarol now for almost 6 years. The day I met Jarol was on the employee bus on the way to work. I was introduced to him through a mutual friend, and Jarol gave me the warmest and friendliest hi I've received in a long time. His smile went from ear to ear. Shortly after that encounter, we added each other on social media and kept in communication. Ever since then, I would say that Jarol and I have created a beautiful friendship. We have worked many trips together and have spent time together outside of work as well. There's been times where I have confided in Jarol when I would go through personal things in life, and he would give me great advice that I still carry with me to this day. Also, Jarol is part of the reason why I started my therapy journey in the year 2021. He showed me that it's ok to go to therapy and to not think of the taboo that the latino community has against therapy. For that, I will forever be thankful because therapy helped shape the person that I am today. Jarol is very strong minded, mature, and is someone who is full of wisdom. Having conversations with Jarol would have you really sit back and make you think about life and everything that's going on in the world and it's hard to find a friendship like that nowadays. This has been an emotional and heart breaking journey these last few months for Jarol and his family. And I truly can't imagine what they are feeling. Not only has it been emotional and heart breaking for his family, but for us his friends as well. We all need someone like Jarol in our lives, and I really hope the court shows mercy and forgiveness.

Best,

Ariel Abreu

January 17, 2025

Hon. Arun Subramanian

United States District Court

500 Pearl Street

New York, N.Y. 10007

Your Honor:

I met Jarol in 2002 when we were both 14 years old. We are now 36. We share a similar upbringing in Hudson Heights as first-generation children of hardworking Dominican immigrants. Jarol and I grew up together, witnessing each other evolve through the many stages of our lives. We even worked together as young professionals early in our post-graduate careers.

While our lives have changed over the past 22 years, a few things about Jarol have remained constant: he is an honest, loyal, and thought-provoking man with unwavering integrity.

It's challenging to convey to a complete stranger just how good a man Jarol is—especially under these circumstances. I ask only that you think of someone in your life who embodies the qualities I have described and imagine yourself writing this letter about them. Consider the impact a friend of such conviction has on their family, their community, and the pain and setbacks their absence would cause to those who depend on them.

If I were in your position, I would want to feel confident that my decision is just and appropriate based on the case at hand. But I would also want the reassurance that choosing leniency is the right decision for everyone involved.

I hope it reassures you to know that the man standing before you, Jarol Fabio, deeply respects this process and our judicial system. He is a man with an immediate plan to return to work and continue pursuing his entrepreneurial dreams for himself and his family. He is committed to education, social justice, and making a meaningful contribution to the world.

Lastly, I hope it reassures you that Jarol has a strong and supportive community around him—one that will stand by him and guide him forward.

Sincerely,

Sheyla Sánchez

 Outlook

fabio

From Guzman Guzman, Madeline <madeline.guzman@delta.com>
Date Mon 1/20/2025 2:29 PM
To    Guzman Guzman, Madeline <madeline.guzman@delta.com>

Hon. Arun Subramanian United States District Court 500 Pearl Street

New York, N.Y. 10007

Your Honor:

My name is Madeline Guzman I have been a Delta airlines flight attendant for 7

years now. At the beginning of my career I was sent to work out of Los

Angeles for a year and a half leaving my mom in New York undergoing

chemotherapy for stage 4 lymphoma. Once I was able to transfer to New York,

I flew one of my first trips to the NYC base with Jarol Fabio. NYC as a base

was totally different, the people were different, the trips were different

and it was like I was a new hire all over again. Flying with Jarol he showed

me how resilient we need to be in this industry to overcome the verbal and

emotional turmoil both passengers and companies put us through let alone

us dealing with our personal lives. In a moment where I felt like everything

was too much Jarol would help me calm down, take a step back and see the

positives in life, in the job, in my relationships and everything else which

is a true testament to who he is as a person. He has always been kind, even

when the world has not been kind to him. He has always given a smile to

people that have not always done the same to him. He does not believe in an

eye for an eye but on simply treating everyone with kindness because we do

not know what demons they face. Jarol has always loved his family and

friends and cares for everyone he is able to reach. I truly hope that this

letter gives you a clearer picture of his character and who he is as a

person and helps you see him for him not the docket number that came to your

desk. Thank you so much for taking the time out to read this.

Best,

Madeline Guzman

*Madeline Guzman*

**Hon. Arun Subramanian**
**United States District Court**
**500 Pearl Street**
**New York, NY 10007**


Your Honor:


My Name is Jensy De Los Santos, 35 years old and I would like to tell you everything I think about Jarol Fabio based on our friendship and experiences lived with him.

I know Jarol for over a decade now and it was funny how we met because we were working on different routes but had to share the same bus to the hotel in New Orleans, I was having one of my worst day because I was going through a breakup and was feeling depressed, he saw me and said, are you Dominican!? and I looked back at him and said yes and then we started a conversation, once we get to the hotel he invited me to the swimming pool and his good vibes made me say yes, it was the best decision I made because that day Jarol made me feel that there are still good people out there, we were with other coworkers too and we laughed so much that day which made me forget about my problems.

Since that day Jarol and I kept up good communication and became good friends. I admire how family-oriented Jarol is, he always asked me for my family and when do I normally reunited with them. Everytime Jarol had a family special event he invited me over and that made me feel very special.

My friend Jarol helped me overcome my depression and pushed me to be a better person always telling me that I was worthy and important and that there were so much beautiful things in life that I can accomplish with a positive mind.


We have so much good memories together from crying in a room to driving in Ireland on the right side and laughing about not being used to that but survived, painting my apartment together listening to bachata, dancing and also helping children with gifts in the Dominican republic during Christmas.

Jarol is the type of person who always speak up for other's rights, he always sees the best things in people's and doesn't like that others get mistreated or discriminated against. Eveytime I called Jarol he was there for me no matter what, always being positive and with a good solution to any problem I was facing. My family loves him because he is such a good person that when he enters into a room you can feel the good vibes and positivism he brings with him.

Now that I have my husband and children Jarol always tells me, Jensy, I'm so proud of you and it made me happy to see you with your family and growing in life as you always wanted. Jarol don't even know much he contributed for me to be the person I'm today; I respect him, love him and I'm so grateful for our friendship.

I hope God gives him a long life and that we continue being good friends and once we are in our 70's to laugh about all the good things we did in life while we drink tea and take all our medicine.

I believe people deserve a second chance and Jarol has made so much good in peoples life and his family depends a lot on him than I hope he gets a second chance to start all over again and to go back to the good track that he was always in.

Your Honor, If you have any questions please do not hesitate to contact me,

Respectfully Yours,

**Jensy De Los Santos Genao**
**347-963-0572**
**jensygenao@hotmail.com**
**45 Armonk Rd, Mount Kisco NY 10549**

Date 1/23/2025

January 12, 2025

Hon. Arun Subramanian
United States District Court
500 Pearl Street
New York, N.Y. 10007

Your Honor:

I'm writing this letter in support of my dear friend Jarol Fabio.

I have known Jarol since our chance meeting through a mutual friend during the short time I lived in Miami, sometime in 2013.

Though we have never lived in the same city, we have stayed in touch ever since, often via text and video calls, and visited each other many times over the past 12 years. Something about his kindness and genuineness drew me in, and transformed what might otherwise have been just a random crossing of paths into a friendship that has grown over the years.

In fact, that is the aspect of his character that I would like to highlight in this letter—his kindness, and his ability to make you feel like you're the most important person in his world.

Whenever we connect, he consistently asks the most thoughtful questions, and provides the most genuine support. After a conversation with Jarol I always feel like I've just had the best cheerleading session from someone who truly cares about me.

I sometimes get the sense that he may downplay his own needs, and that he would do anything to help me out and make me feel important and loved, including minimizing his own struggles, or his own general well-being.

He is kind and caring beyond anything I think I've ever experienced before, and I know he has aspirations to extend this kindness and compassion to uplift marginalized communities in his family's place of origin in the Dominican Republic, whenever the stars align to make that possible.

I know that he screwed up. That's not up for debate.

And I also know that in his heart this misstep is not indicative of who he is as a person, and is completely out of character for him.

He has so much potential to do good in the world, and to make amends in a big way if given the opportunity.

So in light of all of this, I ask for you to consider Jarol's character as I know it to be. To take into account his personal track record *and* his potential for the future. I am asking directly for you to extend compassion and leniency in deciding the extent of his sentence. I truly believe it would be a shame for him to be removed from society for any longer than necessary.

From the bottom of my heart, thank you for your consideration of all the above. I do not envy your position in having to adjudicate this case, and trust you'll be not only just, but also compassionate in your ruling.

Respectfully,

Tyler Wasson, Psy.D.
Licensed Clinical Psychologist
769 Coronado Ave.
Long Beach, CA 90804