**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

February 13, 2025

Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007
via ECF

Re: United States v. Jarol Fabio,
24 Cr. 481 (AS)

Your Honor:

    This letter is respectfully submitted to supplement Jarol Fabio's sentencing submission. Attached are four additional character letters, two of which are in Spanish, with English translations.

                                          Respectfully,

                                          *Lisa Scolari*

                                          Lisa Scolari