February 4, 2025

Hon. Arun Subramanian
United States District Court
500 Pearl Street
New York, N.Y. 10007

Your Honor:

I met Jarol Fabio when we were 14 years old in our high school cafeteria. I saw him sitting at a table and struck up a conversation, which isn't exactly like me, as an introvert. meeting him felt like striking gold- he was so funny, and he knew all the same pop culture references as me. I was naive enough then to believe I had been lucky to find such a treasure in third period lunch, but like all light, his brilliance shone and drew just about everyone who encountered him. Jarol Fabio is truly a magnetic and warm person. I may not have been the only person to realize it, but I have been blessed enough to have been graced by his light for almost 20 years.

Jarol is the second son of four children to a single mother. Like all single mothers, her life was not made easy, but she never wore signs of struggle on her face- she walked proudly and did all she could to provide a warm and loving home. Jarol took on a leadership role in his household. his character grew and developed into a man his family could count on, despite having an absent father. If his mother needed something, it was him she would look to. Kids like Jarol and I who grow up in poverty but are exposed to friends in public schools from completely different economic backgrounds begin to see the large wealth disparity in NYC, and the world. For some that realization can turn into a pit in your stomach that asks questions like; what is fair? What is seen as valuable or worthy? Where is respect achieved? For Jarol I believe the pit was a seed he planted and used towards bettering himself- he attended college and eventually turned his love of travel and people into his job as a flight attendant.

Jarol has maintained a curiosity not just for life, culture, and society at large but also for himself. He sought out therapy and began to unravel his inner world, his trauma and his triggers. No man is made perfect, and some go through life never addressing the root cause of their suffering, but I do believe Jarols' quest is never ending. He knows and can admit to his shortcomings- and not only that, but he also learns from it- he seeks to become better from it!

I ask for leniency on behalf of his mother and his sister (who has become a dear friend of mine as well.) I ask because they rely on him, their joy and wellbeing are so interwoven to his that his leaving would be a domino effect of more pain. I ask for leniency because the light that he holds should not be squandered away, and dimmed, but allowed to keep growing and spreading as an example of a man who almost let his circumstances determine his future, and instead blazed a new, unseen path forward. The kind of story that offers hope, because hope spreads far and wide.

Thank you for your time and consideration.

Lauren Herrera
501 Brinkerhoff Ave.
Fort Lee, NJ 07024

February 10, 2025

The Honorable Arun Subramanian, U.S.D.J.
United States District Court
500 Pearl Street
New York, N.Y. 10007

Dear Judge Subramanian:

    I am writing to Your Honor as friend of Jarol Fabio and a member of this bar to as for Your Honor's sympathy and leniency ahead of the sentencing of Jarol later this month.

    Last spring, I got an alert from the @SDNYNews account on X f/k/a Twitter regarding charges brought against several flight attendants alleged to have smuggled ill-gotten monies from the NYC area abroad. As I read the SDNY press release I came across Jarol's name and my heart immediately sank. At first, I went into denial and kept saying to myself there must be another Jarol that's also a flight attendant – because there would be no way that the Jarol I have known since 2010 would break the law. Unfortunately, I got a call later that week from Jarol telling me that he was in trouble and looking for representation.

    Jarol and I met in the fall of 2010 after both attending study abroad in Paris, France at the American Business School in Paris. We became acquainted after we were assigned to do a group project in one of our classes and have remained friends ever since. Jarol is a stand up individual. He is kind, hardworking and decent. As I write to Your Honor – I still cannot believe he got himself involved in this situation. This is not the person I know and I know this is not the person he is. I am sure that there were external circumstances that caused him this lapse of judgment but the buck stops with Jarol and he alone and Jarol understands that.

    I can unequivocally state to Your Honor that the ordeal thus far has had a massive and remedial impact on Jarol. This situation has underscored for him how important it is to be a good and decent person and not to take any shortcuts in life. I respectfully ask Your Honor take into consideration Jarol's good character (notwithstanding his instant indiscretion) and be lenient in Your Honor's sentencing.

    I thank Your Honor for the Court's time and consideration in reading this letter.

Very truly yours,

_____
Farzad Ramin

Hon. Arun Subramanian
United States District Court
500 Pearl Street
New York, N.Y. 10007


Your Honor:

My name is Belkis Garcia. I am the mother of Jarol Fabio. Ever since he was a child, Jarol was happy. His neighbors who the same age as him and his classmates always had a good time whenever they were with him. When we would go to Santo Domingo [in the] Dominican Republic on vacation, the children who were the same age as him would get so happy when they saw him come, because they knew they were going to play a lot.

As an adult, he is a very kind person who always makes sure everything is going well with me and with all of the people who are close to him. He always is concerned about others. When he is not able to come to see me, he calls me to see how I am doing and he is very attentive. He is someone who has always been willing to help others and he never expects anything in return. His generosity can be seen in everything that he does. It does not matter how small or big the thing is. He is somebody who always shows his affection and warmth.

On several occasions, I have seen him when homeless people ask him for money for food and he very kindly buys them food, making sure that they have something to eat at least for that day. He is very humble and he is a wonderful human being, a person who cares a lot about indigent people.

There was another time when I had just had surgery to my right knee and even though he would leave work feeling really tired, he would come over to my house to help me and to take care of me to make sure that I was O.K. He is understanding, empathetic and he is always there to offer his emotional support.

Jarol is very smart and he is a person who learns from his mistakes. He is mindful and thoughtful about every situation he goes through, and he takes each one as an opportunity to learn and grow.

I, Belkis Garcia, as the mother of Jarol Fabio, who knows him to be the beautiful person that he is, am asking Your Honor for leniency.

[illegible signature]

Belkis Garcia
646-957-6173
508 West 158 St., Apt. 41
New York, N.Y. 10032

Hon. Arun Subramanian

United States District Court

500 Pearl Street

New York, N.Y. 10007

Your Honor:

Mi nombre es Belkis Garcia, soy la madre de Jarol Fabio. Desde su niñez Jarol fue alegre, los vecinos de su edad y compañeros de escuela siempre disfrutaban de su compañía. Cuando íbamos de vacaciones a Santo Domingo Republica Dominica, los niños que eran de su misma edad se ponían felices al verlo llegar, porque sabían que iban a jugar mucho.

Como adulto él es una persona muy amable y atento conmigo y con todas las personas cercanas a él. En lo habitual, se preocupa por los demás, me llama para saber cómo estoy cuando no puede venir a visitarme y es muy cuidadoso. Es una persona que siempre está dispuesta a ayudar a los demás sin esperar algo a cambio. Su generosidad se refleja en todas las cosas que hace, no importa que tan pequeñas y grandes puedan ser. Es alguien que muestra cariño y afecto de manera constante.

En varias ocasiones, lo he visto que personas sin hogar le piden dinero para comer y el amablemente compra comida para ellos, asegurando que tengan algo que comer por lo menos para ese día. Él es muy humilde y es un maravilloso ser humano, a quien le importa mucho las personas indigentes.

En otra ocasión que tuve una cirugía en mi rodilla derecha y aun estando muy cansado, al salir de su trabajo, él iba a mi casa ayudarme y cuidarme para asegurarse que estuviera bien. Es comprensivo, empático y siempre está ahí para brindar apoyo emocional.

Jarol es muy inteligente y es una persona que aprende de sus errores. Es un hombre consciente y sensato que de cada situación por la que pasa, la toma como una oportunidad para aprender y crecer.

Yo Belkis Garcia como Madre de Jarol Fabio, que conozco la bella persona que es, pido que usted honorable juez tenga clemencia.

Belkis Garcia

646-957-6173

508 West 158 ST. Apto. 41

New York, N.Y. 10032

Hon. Arun Subramanian
United States District Court
500 Pearl Street
New York, N.Y. 10007


Honorable Judge Subramanian:


      I am Frankcelia Isabel Gonzalez Soto and I feel very lucky to be Jarol Fabio's cousin. I have known him all my life since I was born until we grew up together and shared as a family during the occasions when he traveled on vacation to visit his native country, Dom. Rep., where he was always a happy, affectionate and kind child with a heart full of love to give, not only to me, but to everyone around him.
      I remember that as children we took care of and fed the lizards and birds that we found on the street to protect them. Once we found a baby bird (Cigua Palmera) on the beach of Boca Chica and Jarol dedicated himself to feeding it until its wings were ready to fly.  He was always willing to help others out of love and kindness with gestures and words, carrying covers for neighbors, collaborating with the common cleaning of the stairs in the building, collecting trash, taking care of the plants, etc.
      As an adult and growing up, Jarol visited the city of Santo Domingo to enjoy family and share experiences. He is a man, responsible, organized and has always been a model to follow for me, because of how hard-working and studious he has been. He is a being who knows how to listen, is polite and has good manners. His respect and courtesy towards people is evident in his way of speaking, in his actions and in how he behaves in different situations. For all of the above, I humbly ask you to consider showing clemency and mercy to a kind man with a beautiful heart and a noble soul.

Sincerely,
 Frankcelia Gonzalez
Santo Domingo, Rep. Dom.
1-829-775-5788

Hon. Arun Subramanian

United States District Court

500 Pearl Street

New York, N.Y. 10007

Honorable Juez Subramanian:

Soy Frankcelia Isabel Gonzalez Soto y me siento muy afortunada de ser prima de Jarol Fabio.

Tengo toda mi vida conociéndolo desde que nací hasta crecer juntos y compartir en familia durante las ocasiones que él viajaba de vacaciones a visitar su país natal Rep. Dom., donde siempre fue un niño alegre, cariñoso y bondadoso con un corazón lleno de amor para dar, no solo a mí, sino a todos los de su entorno.

- Recuerdo que de niños cuidamos y alimentábamos los lagartos y pajaritos que encontrábamos en la calle para protegerlos. Una vez encontramos una cría de ave (Cigua Palmera) en la playa de Boca Chica y Jarol se dedicó a alimentarla hasta que sus alas estuvieran listas para volar.
- Él siempre estuvo dispuesto en ayudar a los demás desde el amor y la amabilidad con gestos y palabras, cargándole fundas a los vecinos, colaborando con la limpieza común de las escaleras en el edificio, recogiendo la basura, cuidando las plantas, etc.

Ya de adulto y al crecer, Jarol visitaba la ciudad de Santo Domingo para disfrutar a la familia y convivir experiencias. Es un hombre, responsable, organizado y siempre ha sido un modelo que seguir para mí, por lo trabajador y estudioso que ha sido. Es un ser que sabe escuchar, es educado y tiene buenos modales. Su respeto y cortesía hacia las personas, se nota en su forma de hablar, en sus acciones y en cómo se comporta en diferentes situaciones.

Por todo lo anterior, le pido humildemente que considere mostrar clemencia y misericordia para un hombre amable y con corazón bonito de alma noble.

Atentamente,

*Frankcelia*

Frankcelia Gonzalez

Santo Domingo, Rep. Dom.

1-829-775-5788