LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

February 18, 2025

Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007
via ECF

Re: United States v. Jarol Fabio,
24 Cr. 481 (AS)

Your Honor:

    This letter is respectfully submitted as a second supplement to Jarol Fabio's sentencing submission. Attached are two additional character letters.

    Respectfully,

    *Lisa Scolari*

    Lisa Scolari