Hon. Arun Subramanian
United States District Court
500 Pearl Street
New York, NY 10007

Your Honor,

Jarol Fabio is one of the kindest, most compassionate people I know. He always puts others' needs before his own and has a unique ability to make everyone feel heard and valued.

From the moment we met, I knew I had found a true friend.

During these 12 years, we have built a deep and meaningful bond. Although our lives have taken us in different directions at times, our friendship has always remained strong. Even after months apart, we can reconnect as if no time has passed. I cherish our friendship deeply and am incredibly grateful for his presence in my life.

I vividly recall the day I dropped him off at the airport for his interview with Delta Airlines. He was understandably nervous, but I knew he was destined for greatness. And indeed, he achieved his dream! He called me immediately after receiving the good news, and I was overjoyed for him.

Jarol truly loved his job as a flight attendant. He always went the extra mile to make passengers feel comfortable, whether it was offering a friendly smile, assisting with their luggage, or simply lending a listening ear. I had the privilege of flying on several of his flights, and it was truly inspiring to witness his dedication and genuine care for others.

We all make mistakes in life, and Jarol is no exception. However, this one incident does not define him as a person. I know deep down that he is a kind, compassionate, and responsible individual. I believe in Jarol's ability to learn and grow from this experience. He has always shown remarkable resilience in the face of adversity, and I know he will find a way to move forward. I will be here to support him every step of the way.

Despite his own struggles with anxiety and depression, Jarol has always been an unwavering source of support for me. When I was going through difficult times in my own personal life, Jarol was my rock. He listened patiently, offered words of encouragement, and helped me however he can. His strength lies not only in his ability to overcome his own

challenges but also in his unwavering support for his friends. He possesses a remarkable empathy and always knows how to make me feel heard and understood.

I admire Jarol's courage in seeking professional help. He understands the importance of mental health and isn't afraid to prioritize his well-being. In a world where mental health stigma still exists, his openness is truly inspiring. He is a testament to the fact that seeking help is a sign of strength, not weakness.

Jarol possesses a rare creative talent. He has an uncanny ability to transform spaces. He saw possibilities I never imagined. His artistic talent isn't just aesthetic; it's also practical. He can solve problems creatively, think outside the box, and develop innovative solutions, all essential qualities for a successful entrepreneur.

Of late, we've discussed Jarol's aspirations to open his own business, and I couldn't be more excited for him. As a former restaurant entrepreneur myself, I recognize the qualities that make a successful business owner. Jarol has them in vision, passion, resilience, and a deep understanding of what it takes to connect with people. I have no doubt that Jarol will achieve his dream. He has the talent, the drive, and the support system to make it happen.

From simple phone calls to our amazing trips to exploring both old and new restaurants in the city, I treasure every moment of our 12-year friendship with Jarol. I'm so excited to see what the future holds for our connection.

I respectfully request leniency in Jarol's sentencing. His absence from the lives of his loved ones, especially his immediate family, would have a devastating impact and hinder his future aspirations. Jarol has taken full responsibility for his actions and is committed to making amends. He understands the gravity of his mistake and am certainly confident it will never be duplicated.

Best Regards,

Giulio J. Tata

Monika Borzecka
515 West 38th Street, 12F
New York, NY 10018
Monika.Borzecka5@gmail.com
917.520.2707

February 13, 2025

Hon. Arun Subramanian
United States District Court
500 Pearl Street
New York, NY 10007

Your Honor:

My name is Monika Borzecka and I am a Vice President at Alliant Insurance Services at 101 Park Avenue, New York NY 10017. I am writing to you today in reference to Jarol Fabio, a person I have known for almost 18 years and who has had an incredibly positive influence on my life and the lives of others. While I understand that Jarol is facing serious charges, I hope to provide a perspective on the kind of person he is outside of this court room.

Jarol has always been a deeply caring and family-oriented individual. While others may have been preoccupied with socializing or attending parties during our college years, Jarol was focused on his family and his education. For those of us who valued his friendship, it was clear that the best way to connect with him was to visit his family home in the neighborhood where he grew up. Unlike many of his peers at Berkeley College, he made the conscious choice to further his career and enrolled into a program at FIT (Fashion Institute of Technology) as well as The American Business School of Paris where he learned French.

What sets Jarol apart is his unwavering kindness and inclusivity. He has always surrounded himself with a diverse group of friends no matter where he went to school or where he worked, making sure that everyone, regardless of their background, skin color, nationality, or financial situation, felt valued and respected. I have seen him host other, offer meals, even if he didn't have

much himself. His selflessness and generosity have made a lasting impact on many.

One of the most significant ways Jarol showed his true character was when I was in an abusive and toxic relationship. It took me a long time to admit what was happening in my life, but when I finally did, Jarol was the first person to stand by my side. He was there for me every step of the way, offering support, guidance, and encouragement. Even when I made the difficult decision to go back to the relationship, Jarol never judged me. He continued to make sure I was safe and that I had someone to rely on until I finally made the decision to leave for good. I truly believe that without his support, I might not have been here today.

Jarol's ability to show compassion, without judgment, and his consistent presence in my life during a very difficult time, speaks volumes about the kind of person he is. He is someone who stands by his friends, supports his family, and works hard to make the world around him better, even when times are tough.

I ask that you take these qualities into consideration when evaluating Jarol's case. He is a person of great integrity, one who has always sought to make a positive impact on the lives of others. I believe that his actions over the years speak louder than any mistakes he made, and that his potential to contribute to society in a meaningful way is still very much intact.

Thank you for your time and consideration.

Sincerely,

*Monika Borzecka*

Monika Borzecka