LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

May 20, 2025

Hon. Arun Subramanian
United States District Court
Southern District of New York
New York, New York 10007
via ECF

**Re: United States v. Jarol Fabio**,
24 Cr. 481  (AS)

Your Honor:

     Jarol Fabio surrendered to serve his sentence a directed on April 28, 2025. As he is currently still incarcerated, I request that the Court direct the Pretrial Services Office to return Mr. Fabio's passport to me.

Respectfully,
*Lisa Scolari*
Lisa Scolari

SO ORDERED:
_____
HON. ARUN SUBRAMANIAN

Dated: May 21, 2025